1  John R. Haluck (SBN 090956)
   Eric C. Brumfield (SBN 306642)
2  KOELLER, NEBEKER, CARLSON & HALUCK, LLP
   1478 Stone Point Drive, Suite 400
3  Roseville, CA  95661
   Telephone:  (916) 724-5700
4  Facsimile:   (916) 788-2850

5  Attorneys for
   MARK RITE LINES EQUIPMENT CO., INC.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10  **SACRAMENTO DIVISION**

| | |
|---|---|
| 11  FINANCIAL PACIFIC INSURANCE COMPANY, as subrogee of Sierra Traffic Marking, Inc., | Case No. 2:16-CV-02382-TLN-KJN |
| 12 | **STIPULATION OF DISMISSAL AND ORDER** |
| 13          Plaintiff, | |
| 14  v. | |
| 15  MARK RITE LINES EQUIPMENT CO., INC., AXEMAN-ANDERSON COMPANY, and R.W. BECKETT, and DOES 1 to 50, | Action Filed:  October 5, 2016
Trial: December 3, 2018 |
| 17          Defendants. | |

18

19         WHEREAS, Plaintiff FINANCIAL PACIFIC INSURANCE COMPANY filed its

20  Subrogation Complaint based on negligence and strict products liability on October 5, 2016;

21         WHEREAS, Defendant MARK RITE LINES EQUIPMENT CO., INC. filed its Answer

22  on November 17, 2016;

23         WHEREAS, Plaintiff and Defendant MARK RITE LINES EQUIPMENT CO., INC.

24  settled this matter on or about June 30, 2017;

25  ///

26  ///

27  ///

28  ///

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff FINANCIAL PACIFIC INSURANCE COMPANY and Defendant MARK RITE LINES EQUIPMENT CO., INC. through their designated counsel that the above-captioned action should be dismissed with prejudice as to Defendant MARK RITE LINES EQUIPMENT CO., INC. pursuant to FRCP 41(a)(1). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

DATED:      WATKINS & LETOFSKY, LLP

_____
Juan Salas
Attorneys for Plaintiff FINANCIAL PACIFIC INSURANCE COMPANY

DATED:      KOELLER, NEBEKER, CARLSON & HALUCK, LLP

_____
Eric C. Brumfield
Attorneys for Defendant MARK RITE LINES EQUIPMENT CO., INC.

1     The Court having considered the stipulation of the parties, and good cause appearing
2 therefor, orders as follows:
3     1. The action is dismissed with prejudice as against Defendant Mark Rite Lines
4 Equipment Co., Inc. pursuant to FRCP 41(a)(1)(A).
5     2. Each party shall bear their own costs and attorneys' fees.
6     3. The Court shall retain jurisdiction over this matter to enforce the terms of the
7 June 30, 2017, Settlement Agreement.
8     IT IS SO ORDERED.

DATED: July 27, 2017

                                                                  Troy L. Nunley
                                                                  United States District Judge