1  John R. Haluck (SBN 090956)
   Eric C. Brumfield (SBN 306642)
2  KOELLER, NEBEKER, CARLSON & HALUCK, LLP
3  1478 Stone Point Drive, Suite 400
   Roseville, CA 95661
4  Telephone: (916) 724-5700
   Facsimile: (916) 788-2850
5
6  Attorneys for
   MARK RITE LINES EQUIPMENT CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL PACIFIC INSURANCE COMPANY, as subrogee of Sierra Traffic Marking, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MARK RITE LINES EQUIPMENT CO., INC., AXEMAN-ANDERSON COMPANY, and R.W. BECKETT, and DOES 1 to 50, <br><br> Defendants. | No. 2:16-cv-02382-TLN-KJN <br><br> **ORDER GRANTING DEFENDANT MARK RITE LINES EQUIPMENT CO., INC.'S MOTION FOR ORDER ESTABLISHING GOOD FAITH SETTLEMENT AND BARRING INDEMNITY CLAIMS AGAINST SETTLING DEFENDANT** |

The Court, after having reviewed Defendant Mark Rite Lines Equipment Co., Inc.'s Motion for Order Establishing Good Faith Settlement, and being familiar with the terms of the settlement, hereby grants said Motion.

IT IS HEREBY ORDERED:

    1. That the settlement between Defendant Mark Rite Lines Equipment Co., Inc. and Plaintiff Financial Pacific Insurance Company, wherein the terms of the settlement are for Plaintiff to provide Defendant Mark Rite Lines Equipment Co., Inc. a full release of all claims in exchange for $12,500.00, was made in good faith.

1

2. That Defendant Mark Rite Lines Equipment Co., Inc. is entitled to the protection of Code of Civil Procedure section 877.6 *et seq*.
3. That the settlement bars any pending or future claims by alleged joint tortfeasors or co- obligors against Defendant Mark Rite Lines Equipment Co., Inc. for equitable or implied indemnity, or contribution.

Dated: September 8, 2017

Troy L. Nunley
United States District Judge

2